HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARC LILLY, NOT IN HIS INDIVIDUAL CAPACITY BUT AS THE REPRESENTATIVE FOR THE FORMER SHAREHOLDERS OF VIEOSOFT, INC., <br><br> Plaintiff, <br><br> v. <br><br> CHANGE HEALTHCARE SOLUTIONS, LLC (f/k/a ENVOY, LLC); CHANGE HEALTHCARE HOLDINGS, INC. (f/k/a EMDON, INC.); CHANGE HEALTHCARE OPERATIONS, LLC (f/k/a EMDEON BUSINESS SERVICES, LLC) <br><br> Defendants and Counterclaim Plaintiffs, <br><br> v. <br><br> DAVID GRANT; MARC LILLY, INDIVIDUALLY AND AS THE REPRESENTATIVE FOR THE FORMER SHAREHOLDERS OF VIEOSOFT, INC.; PETER HOOVER; AND JOHN EASTMAN, <br><br> Counterclaim Defendants. | Case No. 2:15-cv-00742 RSM <br><br> DECLARATION OF BRIAN M. DAUCHER IN SUPPORT OF PLAINTIFF'S MOTION FOR RELIEF FROM JUDGMENT <br><br> NOTE ON MOTION CALENDAR: FEBRUARY 3, 2017 <br><br> ORAL ARGUMENT REQUESTED |

DECLARATION OF BRIAN M. DAUCHER - 1
2:15-cv-00742 RSM

HOLMES WEDDLE & BARCOTT, A
PROFESSIONAL CORPORATION
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA 98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289

## DECLARATION OF BRIAN M. DAUCHER

I, Brian M. Daucher, declare as follows:

1. I am an attorney admitted pro hac vice to practice before this Court. I am a partner with Sheppard, Mullin, Richter & Hampton LLP, attorneys of record for Plaintiff Marc Lilly, not in his individual capacity but as the representative for the former Shareholders of Vieosoft, Inc. ("Plaintiff"). If called as a witness, I could and would competently testify to all facts within my personal knowledge except where stated upon information and belief.

2. On December 20, 2016, I received the Court's Order (Doc. 99) and Judgment (Doc. 100) closing this case. On December 22, 2016, I emailed Defendants' counsel regarding the unpaid termination fee. I explained that, absent tender of the termination fee, Plaintiff would move to set aside the Order and Judgment based upon Defendants' ongoing breach of the SPA for nonpayment of the termination fee. Defendants responded, refusing to make this payment, forcing this motion. As of the date of filing, Defendants have not paid any portion of the guaranteed termination fee. A true and correct copy of my correspondence with Defendants' counsel is attached hereto as **Exhibit A**.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that I executed this declaration on January 13, 2017, at Costa Mesa, California.

_____
BRIAN M. DAUCHER

DECLARATION OF BRIAN M. DAUCHER - 2
2:15-cv-00742 RSM

HOLMES WEDDLE & BARCOTT, A
PROFESSIONAL CORPORATION
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA 98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289

CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of January 2017, I electronically filed the above document with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Steven W. Fogg
Corr Cronin Michelson Baumgardner Fogg & Moore. LLP
1001 Fourth Ave, Suite 3900
Seattle, WA 98154-1051
Email: sfogg@corrcronin.com

Overton Thompson III
Bass Berry & Sims, PLC
150 Third Avenue South, Suite 2800
Nashville, TN 97201
Email: OThompson@bassberry.com

Shayne R. Clinton, Esq.
1700 Riverview Tower
900 S. Gay St.
Knoxville, TN 37902
sclinton@bassberry.com

*/s/ Starla Trotter*
Starla Trotter, Legal Assistant

DECLARATION OF BRIAN M. DAUCHER - 3
2:15-cv-00742 RSM

HOLMES WEDDLE & BARCOTT, A
PROFESSIONAL CORPORATION
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA 98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289