HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARC LILLY, NOT IN HIS INDIVIDUAL CAPACITY BUT AS THE REPRESENTATIVE FOR THE FORMER SHAREHOLDERS OF VIEOSOFT, INC., <br><br> Plaintiff, <br><br> v. <br><br> CHANGE HEALTHCARE SOLUTIONS, LLC (f/k/a ENVOY, LLC); CHANGE HEALTHCARE HOLDINGS, INC. (f/k/a EMDON, INC.); CHANGE HEALTHCARE OPERATIONS, LLC (f/k/a EMDEON BUSINESS SERVICES, LLC) <br><br> Defendants and Counterclaim Plaintiffs, <br> v. <br><br> DAVID GRANT; MARC LILLY, INDIVIDUALLY AND AS THE REPRESENTATIVE FOR THE FORMER SHAREHOLDERS OF VIEOSOFT, INC.; PETER HOOVER; AND JOHN EASTMAN, <br><br> Counterclaim Defendants. | Case No. 2:15-cv-00742 RSM <br><br> **PLAINTIFF'S NOTICE OF APPEAL AND REPRESENTATION STATEMENT** |

**PLAINTIFF'S NOTICE OF APPEAL AND REPRESENTATION STATEMENT**
2:15-cv-00742 RSM

HOLMES WEDDLE & BARCOTT, A
PROFESSIONAL CORPORATION
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA 98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289

# NOTICE OF APPEAL

Notice is hereby given that plaintiff Marc Lilly, not in his individual capacity but as the representative of the former shareholders of Vieosoft, Inc., appeals to the United States District Court of Appeals for the Ninth Circuit from the following:

(1) Order Denying Plaintiff's Motion for Relief From Judgment, entered in this action on February 23, 2017 (Doc. 105) (attached hereto as Exhibit A);

(2) Judgment In a Civil Case, granting Defendants' motion for summary judgment and dismissing Plaintiff's remaining claims, entered in this action on December 20, 2016 (Doc. 100) (attached hereto as Exhibit B);

(3) Order Granting Defendants' Motion for Summary Judgment, entered in this action on December 20, 2016 (Doc. 99) (attached hereto as Exhibit C);

(4) Order Granting In Part and Denying In Part Defendants' Motion to Dismiss, entered in this action on September 17, 2015 (Doc. 40) (attached hereto as Exhibit D); and

(5) Minute Order striking or otherwise terminating Plaintiff's motion for leave to file a first amended complaint, entered in this action on March 7, 2017 (Doc. 111) (attached hereto as Exhibit E).

This notice of appeal is timely: On December 20, 2016, the Court entered the appealable order granting summary judgment and judgment in a civil case (Doc. 99 and 100). Within 28 days, on January 13, 2017 (24 days later), Plaintiff filed a Motion for Relief from Judgment (Doc. 101), requesting that the Court vacate its Order and Judgment pursuant to Fed. R. Civ. Proc. 59(e) and/or 60(b). Pursuant to Fed. R. App. Proc. 4(a)(4), the filing of that motion tolled the time to file a notice of appeal until entry of an order disposing of that motion. On February 23, 2017, the Court entered its Order Denying Plaintiff's Motion for Relief From Judgment (Doc. 105). The instant notice of appeal is being filed within 30 days of the entry of that order.

PLAINTIFF'S NOTICE OF APPEAL AND
REPRESENTATION STATEMENT
2:15-cv-00742 RSM - 1

HOLMES WEDDLE & BARCOTT, A
PROFESSIONAL CORPORATION
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA 98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289

| | |
|---|---|
| 1. | Dated: March 17, 2017. |
| 2. | HOLMES WEDDLE & BARCOTT, P.C. |
| 3. | By:    /s/Lafcadio Darling |
| 4. | Lafcadio Darling WSBA No. 29963<br>John E. Casperson, WSBA No. 14292 |
| 5. | 999 Third Avenue, Suite 2600<br>Seattle, WA 98104 |
| 6. | Telephone: 206-292-8008<br>Facsimile: 206-340-0289 |
| 7. | Email: ldarling@hwb-law.com<br>Email: jcasperson@hwb-law.com |
| 8. | |
| 9. | Brian M. Daucher, (CA Bar No. 174212)<br>Abby H. Meyer (CA Bar No. 294947) |
| 10. | SHEPPARD MULLIN RICHTER & HAMPTON<br>(Admitted *pro hac vice*) |
| 11. | 650 Town Center Drive, Fourth Floor<br>Costa Mesa, CA 92626 |
| 12. | Telephone: 714-513-5100<br>Facsimile: 714-513-5130 |
| 13. | Email: bdaucher@sheppardmullin.com<br>       ameyer@sheppardmullin.com |
| 14. | *Attorneys for Plaintiff and Counter-Claim Defendants* |

**PLAINTIFF'S NOTICE OF APPEAL AND
REPRESENTATION STATEMENT**
2:15-cv-00742 RSM - 2

HOLMES WEDDLE & BARCOTT, A
PROFESSIONAL CORPORATION
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA 98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289

# REPRESENTATION STATEMENT

Pursuant to Federal Rule of Appellate Procedure 12(b) and Circuit Rule 3-2(b), the parties to the action and their respective counsel are as follows:

1. Plaintiff Marc Lilly, not in his individual capacity but as the representative of the former shareholders of Vieosoft, Inc., is represented by:

> Brian M. Daucher
> Abby H. Meyer
> Sheppard, Mullin, Richter & Hampton LLP
> 650 Town Center Drive, 4th Floor
> Costa Mesa, California 92626-1993
> Telephone: (714) 424-2843
> Facsimile: (714) 428-5925
> bdaucher@sheppardmullin.com
> ameyer@sheppardmullin.com
>
> John Casperson
> Lafcadio Darling
> Holmes, Weddle & Barcott, PC
> 999 3rd Avenue, Suite 2600
> Seattle, Washington 98104
> Telephone: (206) 292-8008
> Fax: (907) 277-4657
> jcasperson@hwb-law.com
> ldarling@hwb-law.com

2. Defendants Change Healthcare solutions, LLC (f/k/a Envoy LLC); Change Healthcare Holdings, Inc. (f/k/a Emdeon Inc.); and Change Healthcare Operations, LLC (f/k/a Emdeon Business Services LLC) are represented by:

> Overton Thompson, III
> Bass, Berry Sims PLC
> 150 Third Avenue South, Suite 2800
> Nashville, Tennessee 37201
> Telephone: (615) 742-7730
> Fax: (615) 742-2804
> othompson@bassberry.com
>
> Shayne Clinton

PLAINTIFF'S NOTICE OF APPEAL AND
REPRESENTATION STATEMENT
2:15-cv-00742 RSM - 3

HOLMES WEDDLE & BARCOTT, A
PROFESSIONAL CORPORATION
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA 98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289

| | |
|---|---|
| 1. | Bass, Berry Sims PLC |
| 2. | 1700 Riverview Tower |
| | 900 S. Gay Street |
| 3. | Knoxville, Tennessee 37902 |
| | Telephone: (865) 521-0372 |
| 4. | Fax: (888) 526-6489 |
| 5. | sclinton@bassberry.com |
| 6. | Steven W. Fogg |
| | David B. Edwards |
| 7. | Corr Cronin Michelson Baumgardner Fogg & Moore, LLP |
| 8. | 1001 Fourth Ave, Suite 3900 |
| | Seattle, Washington 98154 |
| 9. | Telephone: (206) 625-8600 |
| | Fax: (206) 625-0900 |
| 10. | sfogg@corrcronin.com |
| | dedwards@corrcronin.com |

Dated March 17, 2017.

                                                  HOLMES WEDDLE & BARCOTT, P.C.

                                                  By:    /s/Lafcadio Darling
                                                  Lafcadio Darling WSBA No. 29963
                                                  John E. Casperson, WSBA No. 14292
                                                  999 Third Avenue, Suite 2600
                                                  Seattle, WA 98104
                                                  Telephone: 206-292-8008
                                                  Facsimile: 206-340-0289
                                                  Email: ldarling@hwb-law.com
                                                  Email: jcasperson@hwb-law.com

                                                  Brian M. Daucher, (CA Bar No. 174212)
                                                  Abby H. Meyer (CA Bar No. 294947)
                                                  SHEPPARD MULLIN RICHTER & HAMPTON
                                                  (Admitted *pro hac vice*)
                                                  650 Town Center Drive, Fourth Floor
                                                  Costa Mesa, CA 92626
                                                  Telephone: 714-513-5100
                                                  Facsimile: 714-513-5130
                                                  Email: bdaucher@sheppardmullin.com
                                                           ameyer@sheppardmullin.com
                                                  *Attorneys for Plaintiff and Counter-Claim Defendants*

**PLAINTIFF'S NOTICE OF APPEAL AND
REPRESENTATION STATEMENT**
2:15-cv-00742 RSM - 4

HOLMES WEDDLE & BARCOTT, A
PROFESSIONAL CORPORATION
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA 98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289

CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of March 2017, I electronically filed the forgoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Steven W. Fogg
Corr Cronin Michelson Baumgardner Fogg & Moore. LLP
1001 Fourth Ave, Suite 3900
Seattle, WA 98154-1051
Email: sfogg@corrcronin.com

Bass Berry & Sims, PLC
150 Third Avenue South, Suite 2800
Nashville, TN 97201
Email: OThompson@bassberry.com

Shayne R. Clinton, Esq.
1700 Riverview Tower
900 S. Gay St.
Knoxville, TN 37902
sclinton@bassberry.com

_Starla Trotter_
Starla Trotter, Legal Assistant

PLAINTIFF'S NOTICE OF APPEAL AND
REPRESENTATION STATEMENT
2:15-cv-00742 RSM - 5